tant Attorney General, for petitioner. *Mr. H. Gordon McCouch* for respondent.

No. 590. GEORGE R. MEEK *v.* CENTRE COUNTY BANKING COMPANY ET AL.;

No. 591. FLORENCE F. DALE *v.* CENTRE COUNTY BANKING COMPANY ET AL., ETC.; and

No. 592. ANDREW BREEZE *v.* CENTRE COUNTY BANKING COMPANY ET AL. October 22, 1923. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Mortimer C. Rhone* and *Mr. Harry Keller* for petitioners. *Mr. Newton B. Spangler* and *Mr. Samuel D. Gittig* for respondents.

No. 376. STATE OF MISSOURI EX REL. ST. LOUIS, BROWNSVILLE & MEXICO RAILWAY COMPANY *v.* WILSON A. TAYLOR, JUDGE, ETC. Error to the Supreme Court of the State of Missouri. November 12, 1923. Petition for a writ of certiorari herein granted. *Mr. Edward J. White, Mr. James F. Green* and *Mr. M. W. Hayden,* for plaintiff in error, in support of the petition. No brief filed for defendant in error.

No. 586. ISOM GRAYSON ET AL. *v.* JAMES A. HARRIS ET AL. Error to the Supreme Court of the State of Oklahoma. November 12, 1923. Petition for a writ of certiorari herein granted. *Mr. Robert M. Rainey* and *Mr. Streeter B. Flynn,* for plaintiffs in error, in support of the petition. *Mr. Robert F. Blair* and *Mr. George S. Ramsey,* for defendants in error, in opposition to the petition.